# Exhibit B

Received and E-Filed for Record
9/29/2017 4:23 PM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

CAUSE NO. 17-09-10554

| | | |
|---|---|---|
| KELSEY VARGAS, | § | IN THE COUNTY COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| NATIONWIDE GENERAL INSURANCE | § | |
| COMPANY AND JOHN DOE | § | |
| *Defendants.* | § | AT LAW NO. 2 |

## DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY'S ORIGINAL ANSWER

Defendant Nationwide General Insurance Company ("Nationwide") files this Original Answer to Plaintiff's Original Petition, respectfully showing the Court as follows:

## I.
## GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Nationwide enters a general denial of each and every material allegation contained in Plaintiff's Original Petition and any supplements or amendments thereto, and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that Plaintiff takes nothing from Nationwide and that Nationwide recover its costs, fees, and expenses, and for such other further relief to which it may be entitled.

*(Signature on following page.)*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via e-file this the 29th day of September, 2017 to:

Robert C. Lane
Jack Kitchen
The Lane Law Firm, PLLC
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
lane@lanelaw.com
jack.kitchen@lanelaw.com

 */s/ Patrick M. Kemp*
Patrick M. Kemp