United States District Court
Southern District of Texas
**ENTERED**
August 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELSEY VARGAS,<br>*Plaintiff,*<br><br>v.<br><br>NATIONWIDE GENERAL INSURANCE<br>COMPANY AND JOHN DOE,<br>*Defendants.* | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:17-cv-2973<br>§<br>§<br>§<br>§ |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Kelsey Vargas and Defendants Nationwide General Insurance Company and John Doe. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 30TH day of August, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE